CAROLINA & NORTHWESTERN RAILWAY
CO. ET AL. *v.* UNITED STATES ET AL.

No. 838.   Decided April 26, 1965.

*W. Graham Claytor, Jr., Henry J. Karison, Hugh B. Cox* and *William H. Allen* for appellants.

*Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Donald L. Hardison, Robert W. Ginnane* and *Arthur J. Cerra* for the United States et al.; and *R. Wray Henriott, W. L. Grubbs, James W. Hoeland, Elbert R. Leigh* and *Joseph L. Lenihan* for Louisville & Nashville Railroad Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.